U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

APR 17 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLES WAYNE JOHNSON<br>FED. REG. NO. 05292-043<br>VS.<br><br>ATTORNEY GENERAL, ET AL. | CIVIL ACTION NO. 08-0589<br><br>SECTION P<br><br>JUDGE DOHERTY<br>MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this __17__ day of __April__, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE